UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENE MATTERA, et al,

Plaintiff(s),

v.

DELAWARE DOUBLETREE,

Defendant(s).

Case No. 25-cv-10297-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, GARRETT S. ELSINGER, an active member in good standing of the bar of Florida, So. Dist of Fla., Md. Dist of, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Gene Mattera and Access 4 All, I] in the above-entitled action. My local co-counsel in this case is Jacob L. Gillick, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 312336.

| 5600 Davie Road, Davie, FL 33314 | 3990 Old Town Avenue, Ste. A200, San |
| --- | --- |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 954-463-8100 | 858-250-0656 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| gelsinger@mineolaw.com | jgillick@gillicklegal.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: Florida 091022.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2025

GARRETT S. ELSINGER
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of GARRETT S. ELSINGER is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 9, 2025

_____
UNITED STATES MAGISTRATE JUDGE

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### GARRETT SCOTT ELSINGER

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on OCTOBER 11, 1996, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this JUNE 26, 2025.

Clerk of the Supreme Court of Florida

cO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble**, Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Garrett Scott Elsinger**, Florida Bar # **91022** was duly admitted to practice in this Court on **July 11, 2003**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on June 27, 2025.

Angela E. Noble
*Court Administrator • Clerk of Court*

By: _____
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**OFFICE OF THE CLERK**

JESSICA J. LYUBLANOVITS
CLERK OF COURT
100 NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658
850.435.8440
850.433.5972 FAX

ELIZABETH LAWRENCE
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

Visit our web site at www.flnd.uscourts.gov

Reply to: Gainesville Division

July 1, 2025

## CERTIFICATE OF GOOD STANDING

I, JESSICA J. LYUBLANOVITS, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT **GARRETT SCOTT ELSINGER, Florida Northern District Bar Number 91022**, was duly admitted to practice in this Court on **December 6, 2019**, and is in good standing as a member of the Bar of this Court.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

KELLI MALU, DEPUTY CLERK

The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.

Gainesville Division
401 SE 1st Avenue, STE 243
Gainesville, Florida 32601
352.380.2400
352.380.2424 FAX

Pensacola Division
100 North Palafox Street
Pensacola, Florida 32502-5658
850.435.8440
850.433.5972 FAX

Tallahassee Division
111 N. Adams Street
Tallahassee, Florida 32301-7717
850.521.3501
850.521.3656 FAX

Panama City Division
30 W. Government Street
Panama City, Florida 32401
850.769.4556
850.769.7528 FAX